UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22624-CIV-LENARD/WHITE

**FREDERICK FURQUHARSEN**,

        Petitioner,

vs.

**WALTER McNEIL,**

        Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (D.E. 3); DENYING PETITION FOR WRIT OF HABEAS CORPUS 28 U.S.C. § 2254 (D.E. 1); AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 3), issued on September 29, 2008. In his Report, Magistrate Judge White found that Petitioner Frederick Furquharsen's Petition for Writ of Habeas Corpus ("Petition," D.E. 1), filed on September 23, 2008, was successive. Pursuant to 28 U.S.C. § 2244, "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." As Petitioner has not moved for an order from the Eleventh Circuit authorizing this Court to consider his successive petition, the Magistrate Judge recommended that the Court deny the Petition.

On or about October 10, 2008, Petitioner filed his Objections to the Magistrate's Report ("Objections," D.E. 4). Therein, Petitioner does not address his failure to move for

an order from the Eleventh Circuit authorizing this Court to consider his successive petition. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Report, the Objections, and the record de novo, and finds that, for the reasons laid out by the Magistrate Judge in his Report, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of Magistrate Judge Patrick A. White (D.E. 3), issued on September 29, 2008, is **ADOPTED**.

2. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1) filed on September 23, 2008, is **DENIED**.

3. This case is **CLOSED.**

4. All pending motions not otherwise ruled upon are hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of October, 2008.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**